UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Civil No. 13-80456-CIV-Marra/Matthewman

NORMAL HIRSCH, MATTHEW DWYER,
and RALPH WILLARD, individually
and on behalf of all other similarly situated,

    Plaintiffs,

vs.

JUPITER GOLF CLUB, LLC, a Delaware
LLC d/b/a TRUMP NATIONAL GOLF
CLUB JUPITER and RBF, LLC d/b/a
THE RITZ-CARLTON GOLF CLUB &
SPA JUPITER,

    Defendants.
_____/

FILED by _____ D.C.
JAN 2 0 2015
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO FILE DOCUMENTS UNDER SEAL [DE 98]

THIS CAUSE comes before the Court upon Plaintiffs, Norman Hirsch, Matthew Dwyer, and Ralph Willard's (collectively, "Plaintiffs") Unopposed Motion to File Documents under Seal ("Motion") [DE 98]. Plaintiffs are seeking to seal Exhibit 2 to their Motion. *See* DE 98-2. The Court having reviewed the Motion, as well as the entire in file in this case, it is hereby,

**ORDERED AND ADJUDGED** that Plaintiffs' Motion [DE 98] is **GRANTED**. Exhibit 2 to the Motion [DE 98-2] shall be sealed permanently.

**DONE AND ORDERED** in Chambers this 20th day of January, 2015, at West Palm Beach, Palm Beach County in the Southern District of Florida.

WILLIAM MATTHEWMAN
UNITED STATES MAGISTRATE JUDGE