UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-80456-CIV-KAM

NORMAN HIRSCH, et al.,

    Plaintiffs,

v.                                                                                  CLASS ACTION

JUPITER GOLF CLUB, LLC d/b/a
TRUMP NATIONAL GOLF CLUB JUPITER,
and RBF, LLC d/b/a THE RITZ-CARLTON
GOLF CLUB & SPA JUPITER,

    Defendants.
_____/

## NOTICE OF COMPLIANCE WITH 28 U.S.C. §1715

Defendant RBF, LLC D/B/A THE RITZ-CARLTON GOLF CLUB & SPA JUPITER ("RBF"), hereby gives Notice of Complying with 28 U.S.C. §1715 and respectfully states as follows:

1. On October 13, 2015, Plaintiffs and RBF, LLC filed a Motion for (I) Preliminary Approval of Stipulation of Dismissal of Plaintiffs' Claims Against RBF, LLC with Prejudice, and (II) Approval of Second Notice and Incorporated Memorandum of Law ("Preliminary Approval Motion"). [DE 171]  On October 14, 2015, the Court entered an Order granting preliminary approval of the Stipulation of Dismissal of Plaintiffs' Claims Against RBF and approving a Second Notice to the Class and Second Exclusion Request Form to be served on all Class Members ("Preliminary Approval Order"). [DE 173].

2. In the Preliminary Approval Order, the Court directed that the Second Notice to the Class and Second Exclusion Request Form be mailed to Class Members by Class Counsel and be published on the website www.MembershipDepositLawsuit.com. The Court also ordered

RBF to serve the materials set forth in 28 U.S.C. §1715 on the appropriate Federal and state officials as required by that statute.

3. On October 15, 2015, RBF, as directed in the Preliminary Approval Order and pursuant to the requirements of 28 U.S.C. §1715, mailed via overnight (UPS), the materials and information set forth in 28 U.S.C. §1715 on each of the appropriate Federal and state officials. The materials were mailed to each of the officials two (2) days after Plaintiffs and RBF filed their Preliminary Motion and the Stipulation with the Court, and therefore within the ten (10) day time period required in 28 U.S.C. §1715. Pursuant to 28 U.S.C. §1715, the materials were to be served on the Attorney General of the United States and the appropriate state official in each state in which a class member resides. Based on the information in the Class List produced by JGC, RBF served the materials on the Attorney General of the United States and on the Attorney General of each the following states[1]:

- Connecticut
- Florida
- Georgia
- Illinois
- Massachusetts
- Maryland
- Michigan
- New Hampshire
- New Jersey
- New York
- North Carolina
- Ohio
- Oklahoma
- Pennsylvania
- Texas
- Virginia
- Wisconsin

Copies of the notice served on the Attorney General of the United States and the Attorney General of each of the foregoing seventeen (17) states are attached hereto as Exhibits "A" through "R."

---

[1] JGC, as the current owner of the Club Facilities, maintains the list of current Club Members, including the Class Members. This list contains addresses for the Class Members and some Class Members have more than one address listed, with some having addresses in multiple states. Because RBF is unable to determine the "residence" of each Class Member, it identified any Class Member with an address in more than one state as being a potential resident of each state and provided the information required by 28 U.S.C. §1715 to the Attorney General of each state.

4. As set forth in Plaintiffs' Notice of Service of Class Notice to Additional Class Members [D.E. 181], after the Court entered the Preliminary Approval Order preliminarily approving the Stipulation dismissing all of Plaintiffs' Claims Against RBF as fair, reasonable, and adequate, Class Counsel believed that there were additional Class Members not included on the Class List produced by JGC. Class Counsel and JGC's counsel ultimately determined and advised the undersigned, that there were six (6) additional Class Members not included on the Class List. Once these additional Class Members were disclosed to RBF, the undersigned reviewed the information regarding these Class Members and determined that the subsequent discovery of these additional six (6) Class Members, who have now been served with the Second Notice and the Second Exclusion Request Form [D.E. 181], did not require notifying the Attorney Generals of any other states, as these six (6) Class Members had addresses in Florida and/or other states whose Attorney Generals had already been served with the required materials on October 15, 2015.

5. Counsel for RBF hereby certifies that the information and materials required in 28 U.S.C. §1715 was mailed to the United States Attorney General and the Attorney General of each of the seventeen (17) states set forth above via overnight mail (UPS) on October 15, 2015. To date, counsel for RBF has not received any communication, objection, or other response from the Attorney General of the United States or any of the state Attorney Generals and is not aware of any of these officials seeking to intervene in this Action, filing an appearance in this Action or otherwise objecting to the Stipulation dismissing Plaintiff's Claims against RBF *with prejudice*.

    Respectfully submitted,

    */s/ Julie Singer Brady*
    Jerry R. Linscott, Esquire
    Florida Bar No. 148009
    E-mail: jlinscott@bakerlaw.com
    Julie Singer Brady, Esquire

               Florida Bar No. 0389315
               E-mail: jsingerbrady@bakerlaw.com
               **BAKER & HOSTETLER LLP**
               2300 SunTrust Center
               200 South Orange Avenue
               Post Office Box 112
               Orlando, Florida  32802
               Telephone: (407) 649-4000
               Telecopier:  (407) 841-0168
               *Attorneys for RBF, LLC*

## CERTIFICATE OF SERVICE

  I hereby certify that on January 5, 2016, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

               */s/ Julie Singer Brady*
               Julie Singer Brady