# EXHIBIT "A"

**Notice Required by Class Action Fairness Act (28 U.S.C. §1715)**

October 15, 2015

Loretta E. Lynch
Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Dear Attorney General Lynch:

| Class Action Fairness Act – Notice to Federal and State Officials |
|---|

Pursuant to provisions of the Class Action Fairness Act of 2005 ("CAFA"), 28 U.S.C. §1715, the defendant listed below hereby provides the following notice of the proposed voluntary dismissal with prejudice of all claims Plaintiffs have asserted against it in the case identified below:

- **Case:** 9:13-cv-80456-KAM

- **Court:** U.S. District Court, Southern District of Florida

- **Defendant:** RBF, LLC d/b/a The Ritz-Carlton Golf Club & Spa Jupiter ("RBF")

- **Judicial Hearing Scheduled:** On October 14, 2015, the Court entered an order granting the Motion for (I) Preliminary Approval of Stipulation of Dismissal of Plaintiffs' Claims Against RBF, LLC With Prejudice and (II) Approval of Second Notice to the Class and Incorporated Memorandum of Law ("Approval Motion"). A hearing on the Final Approval of Stipulation of Dismissal of Plaintiffs' Claims Against RBF, LLC With Prejudice has been scheduled for January 15, 2016 at 10:00 a.m. in Courtroom 4 of the U.S. District Court for the Southern District of Florida, or as soon thereafter as counsel may be heard. The hearing may be continued without further notice.

- **Documents Enclosed:** Copies of the following documents are enclosed with this Notice:

    o Complaint, Amended Complaint and Second Amended Complaint;
      (as permitted by 28 U.S.C. §1715, copies of all exhibits to these complaints are available on the website: www.MembershipDepositLawsuit.com)

    o Order Granting Preliminary Approval of Stipulation of Dismissal of Plaintiffs' Claims Against RBF, LLC with Prejudice, and Approving Second Notice to the Class;

    o Approval Motion (with all exhibits);

    o Stipulation of Dismissal of Plaintiffs' Claims Against RBF, LLC with Prejudice (Exhibit A to Approval Motion);

    o Form of Second Notice to the Class (Exhibit B to Approval Motion);

    o Form of Second Exclusion Request Form (Exhibit B to Approval Motion);

    o Proposed Preliminary Approval Order (Exhibit C to Approval Motion); and

    o Proposed Final Approval Order (Exhibit D to Approval Motion)

**Notice Required by Class Action Fairness Act (28 U.S.C. §1715)**

Loretta E. Lynch
Attorney General of the United States
October 15, 2015
Page 2

- **Names of Class Members who Reside in Each State and Estimated Proportionate Share of the Claims of Class Members in Each State.**

    o   This Action concerns RBF's sale of the facilities ("Club Facilities") comprising The Ritz-Carlton Golf Glub & Spa Jupiter (the "Club") to co-defendant Jupiter Golf Club LLC ("JGC"). The Club is now known as the Trump National Golf Club Jupiter ("Trump Club") and is now operated by JGC. In this Action, Plaintiffs seek the return of the membership deposits they and Class Members paid to become members in the Club ("Club Members"). Information concerning the Club Members, including the Class Members in this Action, is maintained by JGC. Plaintiffs are not dismissing their claims against JGC. JGC has provided RBF with lists setting forth the names and addresses of all Class Members. According to the information provided by JGC, there are 62 memberships in the Club pertaining to 109 Class Members (47 of these 62 memberships are held by spouses, with both spouses considered Club Members and, thus, considered Class Members) at issue in this Action. Some Class Members are associated with addresses in more than one state. Because RBF is unable to determine the legal "residence" of each Class Member, RBF is also sending this notice to all states associated with all Class Members and identifying any Class Member associated with an address in that state as a potential resident of that state.

    The Class Members are associated with following states:

    - Despin Petrides: Florida
    - Andrew & Julee Quinn: Florida
    - Eric & Lisa Becker: Florida
    - E. Douglas Carton: Florida & Maryland
    - Sean McGould: Florida
    - Bernard & Silvia Carballo: Florida & Oklahoma
    - Larry & Bonnie Fenster: Florida & New York
    - Tom & Kathleen Hansen: Florida
    - Anthony & Ellen Bolland: Florida
    - William Horne: Florida
    - William & Gloria Paul: Florida & Connecticut
    - Joseph & Jeannie Scoby: Illinois
    - Stephen & Lori Garofalo: New York
    - Oswald & Madeline Cozzini: Florida & Illinois
    - Mary Campbell: Florida & Michigan
    - Ralph & Gizelda Willard: North Carolina & Massachusetts
    - Bari & Grace Verni: Florida
    - Malcolm Stott & Laurence Aquilina-Stott: Florida
    - Michael & Elizabeth Ruane: Florida
    - Loreto Canini: Ohio
    - Jack & Alice Quinn: Pennsylvania
    - Stephen & Peggy Samuel: Virginia
    - Tony & Connie Lepre: New Jersey
    - Norman & Deborah Agran: Georgia & New Jersey
    - William McLaughlin: Massachusetts & New Hampshire

**Notice Required by Class Action Fairness Act (28 U.S.C. §1715)**

Loretta E. Lynch
Attorney General of the United States
October 15, 2015
Page 3

| | |
|---|---|
| Kevin & Mary Lockhart: | New York |
| Andrew & Karen Flockhart: | New Jersey |
| Matt & Meg Dwyer: | Massachusetts |
| Peter & Polly Appel: | New York |
| Peter Gold & Jill Finder: | Florida |
| Charles Triplett: | Virginia |
| Daniel Fowler: | Illinois |
| Edward Welsh: | New Jersey |
| Wilson Santos: | New York |
| Gregory Anthony: | Florida |
| Robert Tambur: | Pennsylvania |
| Kevin & Lisa Crawford: | Connecticut |
| John & Maria Curtis: | Florida & Massachusetts |
| Barry & JoAnne Marcinkewicz: | Florida |
| Harry Kaplan: | New York |
| Louise & Kathy Levine: | Pennsylvania |
| Dwight Hendrickson: | Texas |
| Jack & Sheryl Purcell: | Florida |
| Ben & Michelle Myers: | Florida |
| William & Gloria Lawrence: | Florida & New York |
| John & Bonnie Osher: | Ohio |
| Sandra Mondro: | Florida |
| Angela Healy: | Florida & Massachusetts |
| Richard Slawson: | Florida |
| Craig & Carina Effenberger: | Florida |
| Gaetano & Nohra Scuderi: | Florida |
| Robert & Mary Allen: | Massachusetts |
| Norman & Julie Hirsch: | Florida |
| Jeffrey & Karen Pellar: | Florida |
| Mark & Maureen Angelo: | Florida & New Jersey |
| Peter & Brenda Sodini: | Florida & North Carolina |
| Arthur & Angela Kania: | Florida & Pennsylvania |
| Michaelon Wright: | Michigan |
| Neil & Karen McFarlane: | Florida |
| Ken & Marcy Sprechman: | Florida |
| Andrew & Carlene Ziegler: | Wisconsin |
| Edward & Julie Downey: | Florida |

- **More Information:** More information, including the approved and finalized Second Notice to the Class and Second Exclusion Form which will contain instructions and deadlines for Class Members to exercise legal rights, and any orders of the Court or notices identified in 28 U.S.C. §1715 will be posted at the website www.MembershipDepositLawsuit.com once available.

Enclosures