# EXHIBIT "B"

**Notice Required by Class Action Fairness Act (28 U.S.C. §1715)**

October 15, 2015

George Jepsen
Connecticut Attorney General
55 Elm St.
Hartford, CT 06106

Dear Attorney General Jepsen:

> **Class Action Fairness Act – Notice to Federal and State Officials**

Pursuant to provisions of the Class Action Fairness Act of 2005 ("CAFA"), 28 U.S.C. §1715, the defendant listed below hereby provides the following notice of the proposed voluntary dismissal with prejudice of all claims Plaintiffs have asserted against it in the case identified below:

- **Case:** 9:13-cv-80456-KAM

- **Court:** U.S. District Court, Southern District of Florida

- **Defendant:** RBF, LLC d/b/a The Ritz-Carlton Golf Club & Spa Jupiter ("RBF")

- **Judicial Hearing Scheduled:** On October 14, 2015, the Court entered an order granting the Motion for (I) Preliminary Approval of Stipulation of Dismissal of Plaintiffs' Claims Against RBF, LLC With Prejudice and (II) Approval of Second Notice to the Class and Incorporated Memorandum of Law ("Approval Motion"). A hearing on the Final Approval of Stipulation of Dismissal of Plaintiffs' Claims Against RBF, LLC With Prejudice has been scheduled for January 15, 2016 at 10:00 a.m. in Courtroom 4 of the U.S. District Court for the Southern District of Florida, or as soon thereafter as counsel may be heard. The hearing may be continued without further notice.

- **Documents Enclosed:** Copies of the following documents are enclosed with this Notice:

    o Complaint, Amended Complaint and Second Amended Complaint;
    (as permitted by 28 U.S.C. §1715, copies of all exhibits to these complaints are available on the website: www.MembershipDepositLawsuit.com);

    o Order Granting Preliminary Approval of Stipulation of Dismissal of Plaintiffs' Claims Against RBF, LLC with Prejudice, and Approving Second Notice to the Class;

    o Approval Motion (with all exhibits);

    o Stipulation of Dismissal of Plaintiffs' Claims Against RBF, LLC with Prejudice (Exhibit A to Approval Motion)

    o Form of Second Notice to the Class (Exhibit B to Approval Motion);

    o Form of Second Exclusion Request Form (Exhibit B to Approval Motion);

    o Proposed Preliminary Approval Order (Exhibit C to Approval Motion); and

    o Proposed Final Approval Order (Exhibit D to Approval Motion)

**Notice Required by Class Action Fairness Act (28 U.S.C. §1715)**

George Jepsen
Connecticut Attorney General
October 15, 2015
Page 2

- **Names of Class Members who Reside in Connecticut and Estimated Proportionate Share of the Claims of Class Members who reside in Connecticut.**

    o This Action concerns RBF's sale of the facilities ("Club Facilities") comprising The Ritz-Carlton Golf Glub & Spa Jupiter (the "Club") to co-defendant Jupiter Golf Club LLC ("JGC"). The Club is now known as the Trump National Golf Club Jupiter ("Trump Club") and is now operated by JGC. Information concerning the members of the Club ("Club Members"), including the Class Members in this Action, is maintained by JGC. Plaintiffs are not dismissing their claims against JGC. JGC has provided RBF with lists setting forth the names and addresses of all Class Members. According to the information maintained by JGC, some Class Members are associated with addresses in more than one state. Because RBF is unable to determine the legal "residence" of each Class Member, RBF is sending this notice to all states associated with all Class Members and identifying any Class Member associated with an address in that state as a potential resident of that state. The following Class Members are associated with an address in Connecticut.
        - William & Gloria Paul
        - Kevin & Lisa Crawford

    Currently at issue in this Action are 62 memberships in the Club which pertain to 109 Class Members (47 of these 62 memberships are held by spouses, with both spouses considered Club Members and, thus, considered Class Members). For 2 of these memberships at issue, reflected above, the Class Members maintain an address in Connecticut. For 1 of these 2 memberships, the Class Members are also associated with an address in another state.

- **More Information:** More information, including the approved and finalized Second Notice to the Class and Second Exclusion Form which will contain instructions and deadlines for Class Members to exercise legal rights, and any orders of the Court or notices identified in 28 U.S.C. §1715 will be posted at the website www.MembershipDepositLawsuit.com once available.

Enclosures