**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**PALM BEACH DIVISION**

**CASE NO. 13-80456-CIV-KAM**

NORMAN HIRSCH, MATTHEW DWYER,
and RALPH WILLARD, individually
and on behalf of all others similarly situated,

      Plaintiffs,

v .

JUPITER GOLF CLUB LLC, a Delaware
LLC d/b/a TRUMP NATIONAL GOLF
CLUB JUPITER and RBF, LLC d/b/a
THE RITZ-CARLTON GOLF CLUB &
SPA JUPITER,

      Defendants.

_____/

**JOINT MOTION TO CONTINUE TRIAL**

      Plaintiffs, Norman Hirsch, Matthew Dwyer, and Ralph Willard ("Plaintiffs") and Defendant Jupiter Golf Club LLC ("JGC") hereby file their Joint Motion to Continue Trial from the trial docket commencing March 21, 2016, and in support thereof state as follows:

      1.  On October 19, 2015, the Court issued an Order Granting Plaintiff and Defendant RBF, LLC's Motion for Relief from Scheduling Order Setting Trial Dates, for a two week trial calendar commencing on March 21, 2016 [DE 175].

      2.  The trial was previously continued, in part, to facilitate adjudication of the dismissal of Plaintiffs' claims against Defendant RBF, LLC and to ensure that the notice required by CAFA was provided sufficiently in advance of trial.

      3.  Plaintiffs and Defendant JGC have completed briefing of JGC's summary judgment motion. [See DEs 159, 160, 177, 178, and 182], and JGC respectfully requests oral argument [DE 161].

4.   Plaintiffs and Defendant request relief from the trial docket to ensure that they have an opportunity to prepare for trial following the adjudication of the JGC summary judgment motion.

5.   In addition, Class Counsel Bradley J. Edwards is unavailable from March 21 through 29, 2016.

6.   Plaintiffs Norman Hirsch, Matthew Dwyer and Ralph Willard have all consented to the resetting of the trial of this action from March to May 2016. Likewise, Plaintiffs Hirsch, Dwyer and Willard are each available to appear and testify at trial in May 2016.

7.   This motion is filed in good faith and is not being filed for the purpose of delay.  The parties will not suffer any prejudice from a continuation of the trial date.

8.   The parties request that the case be reset on a trial period beginning on or after May 2, 2016.

*Certificate of Compliance with S.D. Fla. Loc. R. 7.1(a)(3)*

9.   In accordance with Local Rule 7.1(a)(3), undersigned counsel has consulted with Herman Russomanno, III, counsel for Defendant JGC via email who has confirmed that JGC joins in the relief requested herein.

WHEREFORE Plaintiffs, NORMAN HIRSCH, MATTHEW DWYER, and RALPH WILLARD and Defendant JGC respectfully request the Court grant their Motion to Continue Trial from March 21, 2016 and grant the parties such other and further relief the Court deems just and proper.

Dated:  February 2, 2016                          Respectfully submitted,

*/s/ Seth M. Lehrman*
Steven R. Jaffe (Fla. Bar No. 390770)
E-mail: steve@pathtojustice.com
Mark S. Fistos (Fla. Bar No. 909191)
E-mail: mark@pathtojustice.com
Seth M. Lehrman (Fla. Bar No. 132896)

E-mail: seth@pathtojustice.com
FARMER, JAFFE, WEISSING,
EDWARDS, FISTOS & LEHRMAN, P.L.
425 N. Andrews Ave., Suite 2
Fort Lauderdale, Florida 33301
Telephone:  (954) 524-2820
Facsimile:  (954) 524-2822
*Attorneys for Plaintiffs*

*/s/ Herman J. Russomanno III*
Herman J. Russomanno (Fla. Bar No. 240346)
E-mail: hrussomanno@russomanno.com
Robert J. Borrello (Fla. Bar No. 764485)
E-mail: rborrello@russomanno.com
Herman J. Russomanno III (Fla. Bar No. 21249)
E-mail: herman2@russomanno.com
RUSSOMANNO & BORRELLO, P.A.
Museum Tower, Penthouse 2800
150 West Flagler Street
Miami, Florida 33130
Telephone: (305) 373-2101
Facsimile: (305) 373-2103
*Attorneys for Defendant Jupiter Golf Club, LLC*
*d/b/a Trump National Golf Club Jupiter*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed with the Court's CM/ECF system on February 2, 2016, and will be served on all counsel of record listed below through the ECF system.

*/s/ Seth M. Lehrman*
Seth M. Lehrman

**SERVICE LIST**
*Hirsch et al v. Jupiter Golf Club LLC et al*
**CASE NO. 13-80456-CIV-KAM**
**United States District Court in the Southern District of Florida, Palm Beach Division**

Herman J. Russomanno (Fla. Bar No. 240346)
E-mail: hrussomanno@russomanno.com
Robert J. Borrello (Fla. Bar No. 764485)
E-mail: rborrello@russomanno.com
Herman J. Russomanno III (Fla. Bar No. 21249)
E-mail: herman2@russomanno.com
RUSSOMANNO & BORRELLO, P.A.
Museum Tower, Penthouse 2800
150 West Flagler Street
Miami, Florida 33130
Telephone: (305) 373-2101
Facsimile: (305) 373-2103
*Attorneys for Defendant Jupiter Golf Club, LLC*
*d/b/a Trump National Golf Club Jupiter*

Jerry R. Linscott (Fla. Bar No. 148009)
E-mail: jlinscott@bakerlaw.com
Julie Singer Brady (Fla. Bar No. 0389315)
E-mail: jsingerbrady@bakerlaw.com
Salomon Laguerre (Fla. Bar No. 092470)
E-mail: slaguerre@bakerlaw.com
P. Alexander Quimby (Fla. Bar No. 099954)
E-mail: aquimby@bakerlaw.com
Brian E. Smith (Fla. Bar No. 042316)
E-mail: bsmith@bakerlaw.com
BAKER & HOSTETLER LLP
2300 SunTrust Center
200 South Orange Avenue
Post Office Box 112
Orlando, Florida 32802
Telephone: (407) 649-4000
Facsimile: (407) 841-0168
*Attorneys for Defendant RBF, LLC*
*d/b/a The Ritz-Carlton Golf Club & Spa Jupiter*