UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 13-80456-CIV-KAM

NORMAN HIRSCH,
MATTHEW DWYER, and
RALPH WILLARD,

    Plaintiffs,

v.

JUPITER GOLF CLUB, LLC d/b/a
TRUMP NATIONAL GOLF CLUB JUPITER,
and RBF, LLC d/b/a THE RITZ-CARLTON
GOLF CLUB & SPA JUPITER,

    Defendants.
_____/

## **RENEWED UNOPPOSED MOTION TO FILE DOCUMENT UNDER SEAL**

    As a result of the Court's April 5, 2016 Order [DE 204] Denying Without Prejudice Trump's April 1, 2016 Unopposed Motion to File Document Under Seal, and pursuant to S.D. Fla. Local Rule 5.4, and per the Court's March 30, 2016 request that Trump file the un-redacted copy of the Member Matrix [referred to in Footnote No. 2 of Trump's Amended Notice of Clarification at DE 196] in the Court case record, Trump hereby files this Renewed Unopposed Motion to File Under Seal the un-redacted copy of the Member Matrix.

    It should be noted that Trump and Plaintiffs have no objection to the un-redacted Member Matrix being filed in the public record, but that upon further conferring on the matter with counsel for Ritz [per S.D. Fla. Local Rule 7.1], Ritz maintains its position (as more detailed below) that the un-redacted Member Matrix must be filed under seal because Ritz has designated it a "Confidential" document, and thus it is subject to the parties' August 28, 2014 Confidentiality Agreement in this case, located at DE 98, Exhibit A.

    Moreover, the Member Matrix contains a list of each member in the Club and includes information related to that Club Member's membership. A redacted version of the Member Matrix is in the record at DE 31-2, as Schedule "T" to the Purchase and Sale Agreement entered into between Ritz and Trump for Trump's purchase of the Club Facilities from Ritz. The redacted version contains information as to each membership in the Club at the time of the sale

of the Club Facilities to Trump, including the loan amount, loan balance, and total cash received for each membership, but does not list the name of the member associated with each membership.

The un-redacted version of the Member Matrix includes each Club Member's name and membership number and was produced by Ritz during the course of this litigation and designated as "Confidential." Ritz has advised the undersigned that it believes the un-redacted Member Matrix needs to be preserved as a "Confidential" document because it ties Club Members, by name, to the original loan amount of their membership, the loan balance of their membership, and payment amounts related to their membership. Ritz has expressed concern that information as to the "loans" obtained by Club Members to fund their Memberships, such as the original amount of their loans and their loan balances at the time of the sale of the Club Facilities to Trump, constitutes personal financial information that should not be available for review by the public on PACER. Ritz has expressed concern that its prior Club Members may object to personal financial information regarding their Membership being available for public viewing.

Indeed, Section 6 of this Court's CM/ECF Administrative Procedures addresses the Court's "Privacy Policy" and provides for the redaction of personal information. Section 6(B) cautions that "[i]t must be remembered that any personal information not otherwise protected will be made available over the internet via PACER" and provides that "filers should *exercise caution* when filing documents that contain. . . individual financial information." Ritz believes that "balanc[ing] the interests of those affected by the disclosure" - the Club Members – "against the public's right of access", *Crable v. State Farm Mut. Auto Ins. Co*, 2012 WL 933197. *1 (M.D. Fla. 2012), tips in favor of filing the un-redacted Membership Matrix under seal. Virtually the same information, but without Club Members *names,* is already in the record at D.E. 31-2.

In addition, this Court has previously granted unopposed motions to file documents under seal based upon the parties' Confidentiality Agreement. *See* Orders at DE Nos. 99 and 123.

And pursuant to S.D. Fla. Local Rule 7.1, the undersigned counsel conferred with counsel for the parties prior to filing this Motion and the parties to do not object to the relief sought herein.

CASE NO. 13-80456-CIV-KAM

WHEREFORE, and based upon the foregoing, Trump respectfully requests that the Court grant this Renewed Unopposed Motion, and enter the attached proposed Order authorizing the filing of the un-redacted copy of the Member Matrix under seal.

Dated:  April 7, 2016

Respectfully submitted,

RUSSOMANNO & BORRELLO, P.A.
Museum Tower, Penthouse 2800
150 West Flagler Street
Miami, Florida 33130
Telephone: (305) 373-2101
Facsimile: (305) 373-2103

By: /s/ Herman J. Russomanno III
Herman J. Russomanno (Fla. Bar No. 240346)
hrussomanno@russomanno.com
Robert J. Borrello (Fla. Bar No. 764485)
rborrello@russomanno.com
Herman J. Russomanno III (Fla. Bar No. 21249)
herman2@russomanno.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 7, 2016, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/  Herman J. Russomanno III