UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-80456-CIV-MARRA/MATTHEWMAN

NORMAN HIRSCH, MATTHEW DWYER,
and RALPH WILLARD, individually and on
behalf of all others similarly situated,

Plaintiffs,

vs.

JUPITER GOLF CLUB LLC, a Delaware LLC
TRUMP NATIONAL GOLF CLUB JUPITER
and RBF, LLC d/b/a THE RITZ CARLTON
GOLF CLUB & SPA JUPITER,

Defendants.
_____/

## ORDER SETTING TRIAL DATE

The calendar call in this case shall be held on Friday, August 5, 2016 at 10:00 a.m. The trial shall not commence before Monday, August 15, 2016. Unless instructed otherwise by subsequent order, the trial and all other proceedings in this case shall be conducted at the U.S. Courthouse, 701 Clematis Street, Courtroom 4, Third Floor, West Palm Beach, Florida.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 31st day of May, 2016.

_____
KENNETH A. MARRA
United States District Judge