**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 13-80456-CIV-MARRA

NORMAN HIRSCH, et al.,

      Plaintiffs,

vs.

JUPITER GOLF CLUB, LLC, et al.,

      Defendants.

_____/

**AMERICAN BROADCASTING COMPANIES, INC.'S MOTION TO INTERVENE**
**AND FOR ACCESS TO VIDEOS PLAYED AT TRIAL**

American Broadcasting Companies, Inc. ("ABC") moves to intervene in this matter for the limited purpose of seeking access to videos that were played in open court during the trial of this action. The grounds for this Motion are:

### I.     INTRODUCTION

During the non-jury trial of this action – which was held in open court – evidence was submitted through videotaped deposition testimony. *See* ECF No. 240. After the videos were played in court, the DVDs containing the videos were submitted to the Clerk. *See* ECF No. 243.

On September 6, 2016, this Court ordered that these videos be released to another intervenor, CNN. *See* ECF No. 246. Earlier today, ABC requested that the Clerk also provide it with a copy of the DVDs. The Clerk responded that a separate motion was needed to release this information to ABC.

Through this Motion, ABC requests that it be permitted to intervene in this action for the limited purpose of obtaining access to the DVDs, and that the Court enter an Order directing the Clerk to provide ABC with a copy of the DVDs.

## II.     ARGUMENT

**A.     ABC Has Standing To Intervene For The Purpose Of Obtaining Access.**

ABC broadcasts the news throughout the United States, and, as such, has standing to intervene for the purpose of obtaining access to judicial proceedings and records. *See, e.g., Tribune Co. v. United States*, 784 F.2d 1518, 1521 (11th Cir. 1986) ("The press has standing to intervene in actions to which it is otherwise not a party in order to petition for access to court proceedings and records."); *Newman v. Graddick*, 696 F.2d 796, 800 (11th Cir. 1983) ("This Court has upheld the press's standing to seek access in suits to which it is not a party.").

**B.     ABC Has A Constitutional And Common Law Right Of Access To The DVDs.**

Both the First Amendment and the common law protect the public's right of access to judicial proceedings and records. *See Richmond Newspapers, Inc. v. Virginia*, 448 U.S. 555, 577 (1980) (Burger, J.) (the right of access is "assured by the amalgam of the First Amendment guarantees of speech and press" and their "affinity to the right of assembly"); *id.* at 585 (Brennan, J., concurring) (First Amendment secures "a public right of access"); *Chicago Tribune Co. v. Bridgestone/Firestone, Inc.*, 263 F.3d 1304, 1311 (11th Cir. 2001) ("Beyond establishing a general presumption that criminal and civil trials should be conducted publicly, the common-law right of access includes the right to inspect and copy public records and documents.").

Here, the video depositions of Donald J. Trump and Eric F. Trump were played in open court as part of Plaintiffs' case in the non-jury trial of this action. *See* Dkt. 240. Following this, Plaintiffs filed copies of "exactly what was played in trial" to supply a complete record of the proceedings for the Court. *See* DE No. 243. Therefore, these video depositions – and the DVDs onto which they were recorded – are presumptively public judicial records. Further, because these

videos have already been shown in open court as part of a trial, there is no basis for denying the public access to these videos.

Indeed, the public has a substantial public interest in these materials, which concern the business and litigation conduct of Mr. Trump—one of two candidates for the highest elected office in the United States.  The information in those depositions may inform voters' views of Mr. Trump's fitness for the high office he seeks.  Accordingly, the public has the utmost interest in access to these videotaped depositions.

### III.   CONCLUSION

For the reasons set forth above, ABC respectfully requests that (1) it be granted leave to intervene in this matter for the limited purpose of seeking access to the DVDs containing the videotaped testimony that was used in the non-jury trial of this action; and (2) the Court enter an Order directing the Clerk to provide ABC with a copy of the DVDs.

### CERTIFICATE OF COUNSEL

Prior to filing this Motion, counsel for ABC conferred with counsel for the parties.  Counsel for Plaintiffs and Defendant stated that their clients do not oppose the relief requested in this Motion.

    Respectfully submitted,

    HOLLAND & KNIGHT LLP
    Attorneys for ABC
    701 Brickell Avenue, Suite 3300
    Miami, Florida 33131
    (305) 374-8500
    (305) 789-7799 (facsimile)

    By:  /s/ Scott D. Ponce
        Scott D. Ponce (FBN 0169528)
        sponce@hklaw.com

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 9th day of September 2016, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF System.

s/Scott D. Ponce

#47960779_v1