UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-80456-CIV-MARRA/MATTHEWMAN

NORMAN HIRSCH, MATTHEW DWYER,
and RALPH WILLARD, individually and on
behalf of all others similarly situated,

Plaintiffs,

vs.

JUPITER GOLF CLUB LLC, a Delaware LLC
d/b/a TRUMP NATIONAL GOLF CLUB JUPITER
and RBF, LLC d/b/a THE RITZ CARLTON
GOLF CLUB & SPA JUPITER,

Defendants.
_____/

**ORDER**

This cause is before the Court *sua sponte*.

The Court hereby issues a standing order to allow parties to receive copies of the videotaped depositions of Donald J. Trump and Eric F. Trump. Any party who seeks a copy shall pay any costs required by the Clerk. Furthermore, the Clerk may issue the copy in any format that is most convenient for the requesting party and the Clerk's office.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 12th day of September, 2016.

_____
KENNETH A. MARRA
United States District Judge