UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-80456-CIV-MARRA/MATTHEWMAN

NORMAN HIRSCH, MATTHEW DWYER,
and RALPH WILLARD, individually and on
behalf of all others similarly situated,

Plaintiffs,

vs.

JUPITER GOLF CLUB LLC, a Delaware LLC
TRUMP NATIONAL GOLF CLUB JUPITER
and RBF, LLC d/b/a THE RITZ CARLTON
GOLF CLUB & SPA JUPITER,

Defendants.

_____/

## AMENDED FINAL JUDGMENT[1]

Based on the separately entered Findings of Facts and Conclusions of Law, Judgment is

hereby entered on behalf of Plaintiffs and class members and against Defendant as follows:

1)      Plaintiffs and class members are awarded the principal sum of $4,849,000.00, plus

$925,010.00 in prejudgment interest, for a total amount of $5,774,010.00.

2)      Plaintiffs and class members have no indebtedness to Defendant for any dues,

fees, charges or other amounts arising on or after December 31, 2012.

3)      Judgment shall bear at the rate of 0.81% per annum from the date of this

---

[1] This amended judgment is being entered to correct a mathematical error in the original
final judgment (DE 264).

Judgment, for which let execution issue

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County,

Florida, this 1st day of February, 2017.

_____
KENNETH A. MARRA
United States District Judge